DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAROLD MACARIOLA,**
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION** and
**DEPARTMENT OF VETERANS AFFAIRS,**
Appellees.

No. 4D19-2898

[January 8, 2020]

Appeal from the State of Florida, Reemployment Assistance Appeals Commission; Case Nos. R.A.A.C. 19-01290 and Ref. Dec. 0035695845-04F.

Harold Macariola, Riviera Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.  See* Fla. R. App. P. 9.315(a).

LEVINE, C.J., CONNER and FORST, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***